# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TONIA THOMPSON, | ) |
| Plaintiff, | ) |
| vs. | ) |
| TYSON FOODS, INC. | ) Case No. 2:16-cv-02496-DDC-GLR |
| Defendant. | ) |

## DEFENDANT TYSON FOODS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Tyson Foods, Inc. hereby discloses it is a public corporation and its stock is traded on the New York Stock Exchange under the symbol TSN.

Respectfully submitted by:

Date: August 19, 2016                                    SHOOK, HARDY & BACON L.L.P.

By: /s/ Carrie A. McAtee
      Carrie A. McAtee, D. Kan. #77889

2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: cmcatee@shb.com

ATTORNEYS FOR TYSON FOODS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2016, a copy of the foregoing was sent via electronic mail to the following:

HOLMAN SCHIAVONE, LLC
Kirk D. Holman
Kenneth D. Kinney
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: (816) 283.8738
Facsimile: (816) 283.8739
Email: kholman@hslawllc.com
Email: kkinney@hslawllc.com

ATTORNEY FOR PLAINTIFF

    /s/ Carrie A. McAtee
ATTORNEY FOR DEFENDANT

7731102 v1