IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TONIA THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:16-CV-02496-DDC-GLR |
| | ) |
| TYSON FOODS, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT TYSON FOODS, INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendant Tyson Foods, Inc. ("Tyson"), by its attorneys and pursuant to Rule 56 of the Federal Rules of Civil Procedure and D. Kan. Rule 56.1, hereby moves for summary judgment on all of Plaintiff Tonia Thompson's claims in her First Amended Complaint. As more fully described in Tyson's Memorandum in Support, filed simultaneously and incorporated herein by reference, there are no genuine issues of material fact for trial, and Tyson is entitled to judgment as a matter of law. Accordingly, Tyson respectfully requests that the Court grant its Motion and enter judgment in its favor on all counts of Plaintiff's First Amended Complaint.

Respectfully submitted by:

Date: July 31, 2017

SHOOK, HARDY & BACON L.L.P.

By: /s/ Carrie A. McAtee
Carrie A. McAtee, D. Kan. #77889

2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: cmcatee@shb.com

ATTORNEYS FOR TYSON FOODS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2017, a copy of the foregoing document was served via the court's electronic case filing system on the following:

**RALSTON KINNEY, LLC**
Kenneth D. Kinney
4717 Grand Avenue, Suite 250
Kansas City, MO 64112
Tel: (816) 298-0070
Fax: (816) 298-9455
Email: ken@rklawllc.com

**HOLMAN SCHIAVONE, LLC**
Kirk D. Holman
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
TEL: (816) 283-8738
FAX: (816) 283-8739
Email: kholman@hslawllc.com

ATTORNEY FOR PLAINTIFF

　/s/  Carrie A. McAtee
ATTORNEY FOR DEFENDANT