UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| TONIA THOMPSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 16-2496-DDC |
| | ) | |
| TYSON FOODS, INC., | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Plaintiff Tonia Thompson, through counsel, and moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, for an order granting Plaintiff summary judgment on specific elements of her sexual harassment claim.

1. A party to a civil action may file a motion for summary judgment for an entire claim or defense or a specific part of a claim or defense. Fed.R.Civ.P. 56(a).

2. A motion for summary judgment may be filed at any time prior to 30 days after the close of discovery. Fed.R.Civ.P. 56(b).

3. Discovery in this case closed on June 30, 2017. Doc. 14, *Scheduling Order* at 2. The Court set the dispositive motion deadline for Monday, July 31, 2017. *Id.* at 2 and 9, ¶(3)(c).

4. Plaintiff alleges two claims: (1) hostile work environment based on sex; and (2) retaliation. Both claims arise under Title VII, 42 U.S.C. § 2000e - §2000e-17.

5. The elements of Plaintiff's sexual harassment claim are: (1) plaintiff is female; (2) plaintiff was subjected to unwelcome conduct; (3) the harassment was based on sex; (4) the harassment was sufficiently severe or pervasive to create an abusive working environment; and (5) there is a basis to impute liability to the employer. *Jones v. Wichita State Univ.*, 528 F. Supp. 2d 1222, 1237 (D. Kan. 2007); *see also Adler v. Wal-Mart Stores, Inc.*, 144

F.3d 664, 673 (10th Cir. 1998) (discussing three ways a plaintiff can hold employer liable for hostile work environment based on sex).

6. The fifth element may be satisfied by showing the employer was negligent. *Adler*, 144 F.3d at 673. To show negligence, "the plaintiff must establish that the employer had actual or constructive knowledge of the hostile work environment but did not adequately respond to notice of the harassment." *Id.*

7. Plaintiff moves the Court for an order granting summary judgment on elements 1 and 5. Undisputed facts show that as a matter of law, Plaintiff is female and Defendant knew about the harassment and failed to respond adequately.

8. Plaintiff hereby incorporates her suggestions in support of this motion, which contain a statement of material facts, supporting evidence, authorities and argument showing why the Court should grant this motion.

WHEREFORE, Plaintiff respectfully requests the Court enter an Order finding that as a matter of law; (1) Plaintiff is female; and (2) Defendant knew about the harassment and failed to respond adequately.

By: /s/ *Kenneth D. Kinney*
Kirk D. Holman, MO #50715
HOLMAN SCHIAVONE, LLC
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
TEL: (816) 283-8738; FAX: (816) 283-8739
Email: kholman@hslawllc.com

Kenneth D. Kinney, MO #67435
RALSTON KINNEY, LLC
4717 Grand Avenue, Suite 250
Kansas City, Missouri 64112
Tel: (816) 298-0070; Fax: (816) 298-9455
Email: ken@rklawllc.com

**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2017, a copy of the foregoing was filed with the clerk of court through the Court's electronic filing system, and that a copy was served on Defendant, by emailing a copy to:

SHOOK, HARDY & BACON LLP
Carrie McAtee
cmcatee@shb.com

**ATTORNEY FOR DEFENDANT**

                                      /s/ *Kenneth D. Kinney*
                                      **ATTORNEY FOR PLAINTIFF**